**Order entered July 9, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00167-CV

### SARAH GREGORY AND NEW PRIME, INC., Appellants

### V.

### JASWINDER CHOHAN, ET AL AND ALMA J. PERALES, ET AL, Appellees

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-15-02925-E**

## ORDER

Although ordered to file the overdue clerk's record no later than June 25, 2018, Dallas County Clerk John F. Warren has failed to do so. Accordingly, we again **ORDER** Mr. Warren to file the clerk's record. The record shall be filed **no later than July 13, 2018**. Extension requests will be disfavored.

/s/      DAVID EVANS
         JUSTICE